# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**ANHEUSER−BUSCH COMPANIES, LLC, ET AL.** ,

            V.                      **SUMMONS IN A CIVIL CASE**

**JAMES ALAN CLARK ,**

                          CASE NO:  **2:13−CV−00415−GEB−CKD**

   TO:  **James Alan Clark**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**Marcus S. Topel, Esquire**
**Kasowitz Benson Torres & Friedman, LLP**
**101 California Street, Suite 2300**
**San Francisco, California 94111**

an answer to the complaint which is served on you with this summons, within **21** days after
service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.  Any answer that you serve
on the parties to this action must be filed with the Clerk of this Court within a reasonable period
of time after service.

  **VICTORIA C. MINOR**
  CLERK

  **/s/  L. Reader**

(By) DEPUTY CLERK



**ISSUED ON 2013−03−01 15:34:32.0**, Clerk
USDC EDCA

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 3/08/13 |
| NAME OF SERVER (PRINT) Lou Mercado | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1510 J Street, #125, Sacramento, CA 95814

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/27/13
Date

Signature of Server

Address of Server: 2112 N. Main St., #220, Santa Ana, CA 92706

| Attorney or Party without Attorney: MARCUS S. TOPEL, ESQ.<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>101 CALIFORNIA STREET<br>SUITE #2300<br>SAN FRANCISCO, CA 94111<br>Telephone No: | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Eastern District Of California | | |
| Plaintiff: ANHEUSER-BUSCH COMPANIES, LLC, ET AL. | | |
| Defendant: JAMES ALAN CLARK | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: 2:13-CV-00415-GEB-CKD |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT WITH ORIGINAL EXHIBITS A-B; COMPLAINT WITH AMENDED EXHIBITS A-B; CIVIL COVER SHEET; RULE 7.1 CORPORATE DISCLOSURE STATEMENT; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXCERCISE JURISDICTION AND APPEAL INSTRUCTIONS; ORDER SETTING STATUS (PRETRIAL SCHEDULING CONFERENCE); NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271

3. a. Party served: JAMES ALAN CLARK
   b. Person served: party in item 3.a.
   SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served: 1510 J STREET
   #125
   SACRAMENTO, CA 95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Mar. 08, 2013 (2) at: 10:43AM

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LOU MERCADO, PI #20811
   b. **FIRST LEGAL INVESTIGATIONS**
   2112 N. MAIN STREET, SUITE 220
   SANTA ANA, CA 92706
   c. (714) 550-1375
   d. **The Fee** for Service was:
   e. I am: Exempt from registration under B&P 22350(b)

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Mar. 08, 2013

Judicial Council Form                    PROOF OF SERVICE             (LOU MERCADO, PI #20811)
Rule 2.150.(a)&(b) Rev January 1, 2007                                               339730 /kasbe-.514244