LAW OFFICE OF ROBERT A. CARICHOFF
Robert A. Carichoff (SBN 211066)
1024 Iron Point Road
Folsom, California  95630
Telephone:    (916) 357-6622
Facsimile:    (916) 673-9426

Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANHEUSER-BUSCH COMPANIES, LLC, a Delaware limited liability company, and ANHEUSER-BUSCH, LLC, a Missouri limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES ALAN CLARK,<br><br>Defendant. | Case No.: 2:13-CV-00415-GEB-CKD<br><br>**DEFENDANT JAMES ALAN CLARK'S DEMAND FOR JURY TRIAL**<br><br>**Jury Trial Requested** |

Defendant JAMES ALAN CLARK hereby demands trial by jury.

Dated:  March 28, 2013

                              LAW OFFICE OF ROBERT A. CARICHOFF


                        By:   /s/ Robert A. Carichoff
                              ROBERT A. CARICHOFF
                              Attorney for Defendant