KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
MARCUS S. TOPEL (SBN 54702)
Email: mtopel@kasowitz.com
DANIEL F. COOK (SBN 70484)
Email: dcook@kasowitz.com
BRIAN P. BROSNAHAN (SBN 112894)
Email: bbrosnahan@kasowitz.com
JACOB N. FOSTER (SBN 250785)
Email: jfoster@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:    (415) 421-6140
Facsimile:     (415) 398-5030

Counsel for Plaintiffs
ANHEUSER-BUSCH COMPANIES, LLC, and
ANHEUSER-BUSCH, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANHEUSER-BUSCH COMPANIES, LLC, a Delaware limited liability company, and ANHEUSER-BUSCH, LLC, a Missouri limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES ALAN CLARK, an individual,<br><br>Defendant. | Case No. 2:13-cv-00415-GEB-CKD<br><br>**NOTICE OF APPEARANCE OF DANIEL F. COOK FOR PLAINTIFFS' ANHEUSER-BUSCH COMPANIES, LLC AND ANHEUSER-BUSCH, LLC**<br><br>Case Filed: March 1, 2013 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Daniel F. Cook, of the law firm of Kasowitz, Benson, Torres & Friedman, LLP, located at 101 California Street, Suite 2300, San Francisco, California 94111, (415) 421-6140, hereby joins Marcus S. Topel (lead counsel) in appearing as counsel of record for Plaintiffs' Anheuser-Busch Companies, LLC and Anheuser-Busch, LLC.

DATED: April 5, 2013

      KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

      By: /s/ Daniel F. Cook
      DANIEL F. COOK
      Counsel for Plaintiffs
      ANHEUSER-BUSCH COMPANIES, LLC and
      ANHEUSER-BUSCH, LLC