KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
MARCUS S. TOPEL (SBN 54702)
Email: mtopel@kasowitz.com
DANIEL F. COOK (SBN 70484)
Email: dcook@kasowitz.com
BRIAN N. BROSNAHAN (SBN 112894)
Email: brosnahan@kasowitz.com
JACOB N. FOSTER (SBN 250785)
Email:  jfoster@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:     (415) 421-6140
Facsimile:     (415) 398-5030

Counsel for Defendant
ANHEUSER-BUSCH COMPANIES, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANHEUSER-BUSCH COMPANIES, LLC, a Delaware limited liability company, and ANHEUSER-BUSCH, LLC, a Missouri limited liability company,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>JAMES ALAN CLARK, an individual,<br><br>　　　　　　　　Defendant. | Case No. 2:13-cv-00415-GEB-CKD<br><br>**DECLARATION OF KRISTI SKINNER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFFS' STRATEGIC LAWSUIT AGAINST PUBLIC PARTICIPATION**<br><br>Case Filed: March 1, 2013<br><br>Date: May 6, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

K. Skinner Dec. ISO Plaintiffs' Opp. To Defendant's Motion To Strike　　　　Case No. 2:13-cv-00415-GEB-CKD

## DECLARATION OF KRISTI SKINNER

Kristi Skinner, first being duly sworn, hereby deposes and states:

1.  My name is Kristi Skinner. I am over the age of 18, am competent to make this Declaration, and have personal knowledge of the matters set forth below.

2.  I have been an employee of Anheuser-Busch, LLC (hereinafter "Anheuser-Busch") since 1986. I currently serve as a Subject Matter Expert I – Technical in Quality Assurance, Zone Brewery Support department, Supply division, and have been in this position since 2008. In addition to other duties, I am the custodian of a document referred to as "Page 13." More specifically, I am responsible for ensuring that all proposed changes to this document have been properly authorized, and for publishing all such changes. I am the only person that can edit or grant access to this document.

3.  Page 13 is a proprietary document used by the Brewing department of Anheuser-Busch's Supply division. It contains a wide range of confidential information related to Anheuser-Busch's brewing processes, including but not limited to, information regarding a variety of analytical characteristics for each of Anheuser-Busch's products. Anheuser-Busch's brewing personnel use this daily to maintain the quality of the company's products. This document is absolutely critical to Anheuser-Busch's brewing operations, and the information it contains would be extremely valuable to its competitors. Anheuser-Busch considers this document, as well as the detailed brewing recipe specifications it contains, to be highly confidential, proprietary, trade secret information.

4.  This document is located within a proprietary application, referred to as "BIER," used by Anheuser-Busch's Supply division. Access is limited to individuals within the Supply division that need the information to perform their job duties. I, as the sole custodian of the Page 13 document, review and assess each person's need for the information, based on his/her job

functions, before granting access. Once approved, access is assigned to an employee's personal User ID, and that User ID is added to a limited security group within BIER. Page 13 is not intended to be disseminated to anyone outside of this security group.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT

_____
Kristi Skinner

Subscribed and sworn to before me this 22nd day of April, 2013.

_____
Notary Public

My Commission Expires: 10/2/2015

JENNIFER N. TOMASIAK
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Charles County
My Commission Expires: October 02, 2015
Commission Number: 11419052

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

8140022v1
4/22/2013

2

Declaration Of Kristi Skinner                                           Case No. 2:13-cv-00415-GEB-CKD