KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
MARCUS S. TOPEL (SBN 54702)
Email: mtopel@kasowitz.com
DANIEL F. COOK (SBN 70484)
Email: dcook@kasowitz.com
BRIAN N. BROSNAHAN (SBN 112894)
Email: brosnahan@kasowitz.com
JACOB N. FOSTER (SBN 250785)
Email:  jfoster@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:      (415) 421-6140
Facsimile:       (415) 398-5030

Counsel for Defendant
ANHEUSER-BUSCH COMPANIES, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANHEUSER-BUSCH COMPANIES, LLC, a Delaware limited liability company, and ANHEUSER-BUSCH, LLC, a Missouri limited liability company,<br><br>                              Plaintiffs,<br><br>   v.<br><br>JAMES ALAN CLARK, an individual,<br><br>                              Defendant. | Case No. 2:13-cv-00415-GEB-CKD<br><br>**DECLARATION OF MERRILY D. RAY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFFS' STRATEGIC LAWSUIT AGAINST PUBLIC PARTICIPATION**<br><br>Case Filed: March 1, 2013<br><br>Date: May 6, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

# DECLARATION OF MERRILY D. RAY

Merrily D. Ray, first being duly sworn, hereby deposes and states:

1. My name is Merrily D. Ray. I am over the age of 18, competent to make this Declaration, and have personal knowledge of the matter set forth below.

2. I have been an employee of Anheuser-Busch Companies, LLC (hereinafter "Anheuser-Busch") since 1998. I currently serve as the Business Ethics Specialist in the Legal Department. As the Business Ethics Specialist, I am responsible for tracking Anheuser-Busch employee completion of the AB InBev Code of Business Conduct e-Training module, an annual web-based compliance training program. I am also the custodian for Anheuser-Busch's Code of Business Conduct e-Training records, and Anheuser-Busch's Statement of Compliance questionnaire records. These records are kept in the ordinary course of Anheuser-Busch's business, and are accessed electronically.

3. I have accessed records related to James Clark's Code of Business Conduct e-Training and Statement of Compliance questionnaires, and in particular, records of his answers to the questions posed therein.

4. Attached hereto as **Exhibit A** are Mr. Clark's responses to the 2008 Statement of Compliance questionnaire, completed on October 6, 2008.

5. Attached hereto as **Exhibit B** are Mr. Clark's responses to the 2009 Statement of Compliance questionnaire, completed on November 17, 2009.

6. Attached hereto as **Exhibit C** are Mr. Clark's responses to the 2010 Code of Business Conduct e-Training, completed on September 3, 2010.

7. Attached hereto as **Exhibit D** are Mr. Clark's responses to the 2011 Code of Business Conduct e-Training, completed on October 4, 2011.

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 California Street, Suite 2300
San Francisco, California 94111

8.  In my role as the Business Ethics Specialist, I am also the administrator of the Compliance Helpline platform for Anheuser-Busch's employees in the United States, and custodian of records related to complaints made under the Compliance Helpline. The Compliance Helpline is a telephone, email, and web-based resource for employees to report suspected violations of the AB InBev Code of Business Conduct, the AB InBev Anti-Corruption Policy, and/or any other applicable law. The Compliance Helpline became available to employees beginning in September 2009. All Compliance Helpline records are kept in the ordinary course of Anheuser-Busch's business, and are accessed electronically.

9.  I have accessed all Compliance Helpline records dating back to September 2009. There is no record of James Clark ever reporting a suspected violation of any applicable Code, Policy, or law, whether made orally by telephone, or in written form via email or the website.

10. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT

_Merrily D. Ray_
Merrily D. Ray

Subscribed and sworn to before me this _22nd_ day of April, 2013.

_Jennifer N. Tomasiak_
Notary Public

My Commission Expires: _10/2/2015_

JENNIFER N. TOMASIAK
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Charles County
My Commission Expires: October 02, 2015
Commission Number: 11419052

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111