# EXHIBIT A

| Completed Date | Proxy? | 1: Do you, or your spouse or your dependent children, have an ownership interest in an establishment that holds a retail alcohol beverage license? | 2: Do you, or your spouse or your dependent children, have a financial interest in any competitor of the Company? (You should answer 'No' if such investments are only through mutual funds or it has a fair market value less than $30,000.) | 3: Do you, or your spouse or your dependent children, have a financial interest in any supplier, vendor or customer of the Company? (You should answer 'No' if your investment is only in mutual funds or if your investment either: (a) has a fair market... | 4: Are you, your spouse or any of your dependent children employed by a supplier, vendor or customer of the Company? | 5: Are you aware of any Company employee (or the spouse of any employee) who has a financial interest in or is working for a business that is a supplier, vendor, customer or competitor of the Company? |
|---|---|---|---|---|---|---|
| 10/6/2008 13:27 | (Not Answered) | No | No | No | No | No |

| 6: Are you aware of any Company employee who is involved in a situation where the employee's personal interest interferes with the interests of the Company? | 7: Are you aware of any Company employee or a member of his or her immediate family (spouse, parents, children, siblings and in-laws) who has received an improper personal benefit as a result of the employee's position with the Company? | 8: Have you ever been asked or directed to falsify Company documents or financial records? | 9: Have you accepted, or do you know of another Company employee who has accepted, a gift (exceeding $50 in fair market value) from a Company supplier, vendor or customer? | 10: Are you aware of any improper gifts or payments that have been made to any government officials by the Company or any of its employees? | 11: Are you aware of any situation where the Company is not complying with any environmental, health or safety laws or regulations? (Do not include matters brought to your attention through the regular performance of your job duties and that are under… |
|---|---|---|---|---|---|
| No | No | No | No | No | No |

| 12: Are you aware of any situation that may violate the Company's Employment of Relatives Policy? | 13: Are you aware of any other situation that you believe may constitute a violation of the Company's Code of Business Conduct and Ethics, any Company policy, or any law or regulation? (Do not include matters brought to your attention through the… | First Name? |
|---|---|---|
| No | No | JAMES |