# EXHIBIT B

| Completed Date | 1: Do you, or your spouse or your dependent children, have an ownership interest in an establishment that holds a retail alcohol beverage license? | 2: Do you, or your spouse or your dependent children, have any direct or indirect investment or interest in a supplier, customer or competitor of the Company that may appear to present a conflict of interests? (You should answer 'No' if such... | 3: Are you aware of any Company employee (or the spouse or dependent child of any employee) who has any direct or indirect investment or interest in a supplier, customer or competitor of the Company that may appear to present a conflict of interests? |
|---|---|---|---|
| 11/17/2009 15:37 | No | No | No |

| 4: Are you, your spouse or any of your dependent children employed by a supplier or customer of the Company? | 5: Are you aware of any Company employee who is involved in any activity which conflicts or interferes with the performance of his/her job duties? | 6: Have you ever been asked or directed to falsify Company documents or financial records? |
| --- | --- | --- |
| No | No | No |

| 7: Have you accepted, or do you know of another Company employee who has accepted, a gift (exceeding $50 in fair market value) from a Company supplier or customer? | 8: Are you aware of any improper gifts or payments that have been made to any government officials by the Company or any of its employees? | 9: Are you aware of any situation where the Company is not complying with any environmental, health or safety laws or alcohol beverage regulations?  (Do not include matters brought to your attention through the regular performance of your job duties... |
|---|---|---|
| No | No | No |

| 10: Are you aware of any other situation that you believe may constitute a violation of the AB InBev Code of Business Conduct, any Company policy or any law or regulation?  (Do not include matters brought to your attention through the regular... | Telephone Number | Name (First and Last) | SAP Employee ID |
|---|---|---|---|
| No | 707-429-7649 | James Clark | 72983 |