# EXHIBIT C

| Ref | Name | Username | E-mail | Group | Start Date | End Date | Total time |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 424606 | James Clark | James.Clark@Anheuser-Busch.com | James.Clark@Anheuser-Busch.com | ABI_COC10_AB8_1208 | 9/3/2010 18:27 | 9/3/2010 18:50 | 1398 |

| Status | Completed Count | Correct | Answered | Total | Language | User 1 | User 2 | User 3 | User 4 | User 5 | User 6 | User 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0=Incomplete 1=Completed | | | | | | | | | | | | |
| 1 | 0 | 10 | 10 | 25 | | DIR., PACKAGING SUPPORT | A-B | ZBS PTUM | IV-B | english | COBC | |

| User 8 | User 9 | User 10 | P5_Q1 | P23_Q1 | P27_Q1-1 | P27_Q1-2 | P27_Q1-3 | P27_Q1-4 |
|---|---|---|---|---|---|---|---|---|
| | | | **In which Zone do you work?** | ***Our organization complies with the applicable laws and regulations, so that means we're an ethical company.***<br><br>Please indicate whether you agree with this statement and click Next. | What could be the son's problem in the cartoon?<br>Click here to enlarge the image | | | |
| | | | 1=Asia Pacific<br>2=Asia Pacific (China)<br>3=Central and Eastern Europe<br>4=Global Headquarters<br>5=Latin America North (AmBev)<br>6=Latin America South<br>7=North America (Anheuser-Busch)<br>8=North America (Labatt)<br>9=Western Europe<br>10=Western Europe (CBSA, Cuba) | 1=Agree<br>2=Do not agree | The son does not really want to work with his father and he fears that this will influence the project's success.<br><br>0=Not selected<br>1=Selected | People in the company will think he did his father a favor.<br><br>0=Not selected<br>1=Selected | The father will be able to benefit from the fact that his son is working for the Company.<br><br>0=Not selected<br>1=Selected | The son risks not being able to assess the offer objectively.<br><br>0=Not selected<br>1=Selected |
| 72983 | | | 7 | 2 | 0 | 0 | 0 | 1 |

| P27_Q1-5 | P40_Q1 | P41_Q1 | P41_Q2 | P43_Q1 | P43_Q2 | P44_Q1 | P45_Q1 | P46_Q1 | P47_Q1 | P52_Q1 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Our gift policy prohibits employees from accepting or providing cash or cash equivalents to or from suppliers and customers. **The primary purpose of this policy is to:** | | | | | | | | | Suppose, in a particular region we work with a government controlled distributor and we feel that the relationship with that distributor is not as close as it used to be. To address this, we offer the manager and his family an all expenses paid "tour of Europe". The manager accepts and the trip is booked via our local marketing agency. **Would that be an infringement of our company policies?** |
| There is in fact no problem, as the offer is truly the best one received and he knows his father will do an excellent job. 0=Not selected 1=Selected | 1=easy on the paperwork and simplify corresponding accounting procedures. 2=prevent employees from forging relationships with other potential business partners. 3=avoid the appearance that our business decisions could be improperly influenced. 4=reduce the cost of reciprocal business gifts. | | | | | | CAD | | | 1=Yes 2=No |
| 0 | 3 | | | | | 40 | | | | |

| P53_Q1 | P54_Q1-1 | P54_Q1-2 | P54_Q1-3 | P54_Q1-4 | P54_Q1-5 | P68_Q1 | P69_Q1 |
|---|---|---|---|---|---|---|---|
| Suppose in a particular state we are working with a government official on alcohol beverage issues. We feel that the relationship with the government official is not as close as it used to be.<br><br>To address this, we offer the government official and his family an all expenses paid weekend getaway to a local beach resort. The government official accepts and the trip is booked.<br><br>**Would that be an infringement of our company policies?** | The strict rule is not limited to the high level politicians, but includes ... please select all that apply... | | | | | **Is it okay to deviate from the Code of Business Conduct and other policies as long as you are acting in good faith and in our Company's best interest?** | **Please indicate whether you agree with the statement below and click Next.**<br><br>*My integrity as an individual has nothing to do with our company's ethical reputation.* |
| 1=Yes<br>2=No | Customs officer employed by the government<br><br>0=Not selected<br>1=Selected | Delegate of the United Nations<br><br>0=Not selected<br>1=Selected | Local mayor<br><br>0=Not selected<br>1=Selected | Any government officer or employee including low-level employees and officials<br><br>0=Not selected<br>1=Selected | An employee employed by a government owned company<br><br>0=Not selected<br>1=Selected | 1=Yes<br>2=No | 1=Agree<br>2=Do not agree |
| 1 | 1 | 1 | 1 | 1 | 0 | 2 | 2 |

| P70_Q1 | P71_Q1 | P72_Q1 | P73_Q1-1 | P73_Q1-2 | P73_Q1-3 | P73_Q1-4 |
|---|---|---|---|---|---|---|
| **Which of the following statements about apparent conflicts of interest are true?** | Patrice, one of your direct reports, discloses a conflict of interest: her sister is applying for a job within AB InBev.<br><br>Although she and her sister would not ultimately be working in the same department, Patrice is one of the key decision makers for new hires.<br><br>**What should you advise Patrice to do?** | Jeff loves the AB InBev beers. After working hours in the brewery, he helps out at the liquor store that his wife owns and operates.<br><br>**Could his participation at this retail outlet be considered a conflict of interest or improper under the law?** | **Which of the following statements apply to confidential material?** Check all that apply. | | | |
| 1=The appearance of a conflict of interest can exist even when no one has done anything wrong.<br>2=No difference exists between real and apparent conflicts of interest.<br>3=Apparent conflicts of interest are always illegal, while real conflicts never are.<br>4=You generally don't need to worry about apparent conflicts of interest; you need only worry about those that are real. | 1=Remove herself from the decision making process regarding her sister's job application<br>2=Disclose the conflict of interest to the rest of the team and get them to sign off on her sister being hired<br>3=Keep quiet about the situation and remain impartial<br>4=Tell her sister that she cannot apply for the job | 1=Yes<br>2=No | You can share it with any employee.<br><br>0=Not selected<br>1=Selected | You must keep it confidential even after your employment ends.<br><br>0=Not selected<br>1=Selected | It has no real corporate value.<br><br>0=Not selected<br>1=Selected | It is released only on a need-to-know basis within the Company.<br><br>0=Not selected<br>1=Selected |
| 1 | 1 | 1 | 0 | 1 | 0 | 1 |

| P74_Q1 | P75_Q1 | P76_Q1 | P77_Q1 | P79_Q1-1 | P79_Q1-2 | P79_Q1-3 |
|---|---|---|---|---|---|---|
| Suppose you receive a highly confidential fax, that mistakenly has been faxed to you by a competitor. **What should you do?** | To thank you for conducting business with him, a supplier offers you a trip to the Super Bowl. No worries, the supplier will take care of plane tickets and hotel bookings. **Can you accept?** | Suppose your company receives a fine for not having paid the city's environmental taxes on time. As it was an unfortunate oversight, you schedule a meeting with the mayor in an attempt to let your company off the hook with a warning. As it happens, the mayor's son will marry soon and a big party will be organized. As a sign of good faith, you propose to provide them with a few extra barrels of beer for free. **Are you in violation of the Code?** | While reviewing financial files, David finds irregularities in several payroll records. He looks further back in the payroll records and finds a pattern of irregularities that started a few months ago. Upon investigating further, David finds that the irregularities involve direct colleagues with whom David has a good working relationship. **What should David do?** | Edgar comes to you seeking advice for an ethical dilemma he's facing. He asks you to walk him through the questions he should ask himself. **Which questions should Edgar consider?** Check all that apply. | | |
| 1=Secure the information and file a copy of it for future reference. 2=Personally contact the competitor and notify him that you inadvertently received the business plan but that your company did not look at it. 3=Share the information with your manager to see how you can use it to your advantage when competing with this other company. 4=Talk to a manager or legal counsel about how best to notify all interested parties of the error to ensure that competition remains fair to all parties. 5=Use the information to rework your company's business plan; after all, your company did nothing wrong, broke no laws, and cannot be responsible for the errors of others. 6=Make a public announcement that your company obtained the information because of the competitor's mistake. | 1=Yes, as there is no contract bidding ongoing 2=No, not without first obtaining written approval from your local or immediate management, the Chief Officer of your business unit and the Zone General Counsel. | 1=Yes 2=No 3=Maybe | 1=Discuss the situation with other coworkers to see if anyone else has noticed other irregularities. 2=Note the discrepancies and report the situation via the company's reporting channels. 3=Nothing: the implicated persons have seniority and may be handling information not privy to him. | Is what I'm planning to do legal? 0=Not selected 1=Selected | Is what I'm planning to do in keeping with Company policy? 0=Not selected 1=Selected | How can I resolve this situation in the way that benefits me the most? 0=Not selected 1=Selected |
| 4 | 2 | 1 | 2 | | | |

| P79_Q1-4 | P80_Q1 | P81_Q1 | P82_Q1 | P83_Q1 | P84_Q1 | P85_Q1 |
|---|---|---|---|---|---|---|
|  | **Chris**: Wow, did you see the interesting offers we received in the bid for the marketing project?<br><br>**Diane**: Yes, I did. It will be difficult to make a decision amongst the competing suppliers.<br><br>**Chris**: Did you already evaluate the offers? What is the most interesting offer in your view?<br>**Diane**: I'm tempted to go for the one of DesignCo, as my brother works for that company and I know him as a very dedicated person. He will definitely bring this project to a good end. But can I make this decision?<br><br>**Can Diane make a decision in this matter?** | Sarah has been recruited to work for a competitor on the weekends. Since Sarah needs the money, she is considering the offer.<br><br>**Is it okay to accept the job?** | **A conflict of interest occurs when you ...** please select the correct other half of this statement from the list below | Isabelle left the company 6 months ago and started her own business.<br><br>One of her friends is a journalist, writing primarily financial business articles. Her friend asked her for an interview, as she'd like to publish an article on the internal strategies of the beer company.<br><br>Isabelle could be an interesting source. **Can Isabelle agree with the interview?** | Angela wants to give a presentation to a group of wholesalers about a new product roll-out. The product is still in development, but she wants to launch a pre-marketing push.<br><br>For maximum impact, she plans to provide the wholesalers with the presentation on a CD-ROM so they have the information on the new product directly at hand.<br><br>**Is Angela required to seek prior approval for this?** | Suppose you are invited to join your supplier for a ski weekend after AB InBev placed a large order with them. Your hotel and ski pass are paid for while you pay for the plane ticket and all meals and other expenses.<br><br>**Can you do this?** |
| How can I make sure I'm not blamed if something goes wrong?<br><br>0=Not selected<br>1=Selected | 1=Yes, other suppliers are participating in the bid and she will make the decision together with her colleague.<br>2=No, Diane should remove herself from the decision making process, as her colleagues might perceive her choice for DesignCo as a Conflict of Interest. | 1=No, because she is not permitted to take secondary employment.<br>2=No, because she would be working for a competitor.<br>3=Yes, because the work will be done on her own time.<br>4=Yes, because she needs the extra money. | 1=... say one thing and do another.<br>2=... have conflicting or dual loyalties.<br>3=... disagree with a boss or subordinate.<br>4=... don't know how to solve a problem. | 1=Yes, because the information that Isabelle knows is outdated anyway.<br>2=No, because her duty of confidentiality remains in place both during and after her employment at our company. | 1=No, all the information in the presentation is accurate and it will definitely help to sell the new product to the wholesalers.<br>2=Yes, she should consult her legal department and obtain senior manager approval prior to the presentation as it may compromise the Company's intellectual property. | 1=Yes<br>2=No |

| P86_Q1 | P89_Q1 | P90_Q1 | P91_Q1 | P92_Q1 | P93_Q1 | P94_Q1 | P95_Q1 |
|---|---|---|---|---|---|---|---|
| Chris needs to get new equipment installed quickly, but the shipment is delayed at the port. A local official offers to expedite it through customs for 500 USD.<br><br>**What should Chris do?** | In this last part, the compliance statement, you will be asked 14 questions.<br><br>Note that your answers may require further feedback and therefore your Legal Department may need to contact you.<br><br>Please provide a **daytime phone number** where you can be contacted if necessary. | Please provide a daytime phone number where you can be contacted if necessary. | In this last part, the compliance statement, you will be asked 14 questions.<br><br>Note that your answers may require further feedback and therefore your Legal Department may need to contact you.<br><br>Please provide a **daytime phone number** where you can be contacted if necessary. | In this last part, the compliance statement, you will be asked 14 questions.<br><br>Note that your answers may require further feedback and therefore your Legal Department may need to contact you.<br><br>Please provide a **daytime phone number** where you can be contacted if necessary. | In this last part, the compliance statement, you will be asked 14 questions.<br><br>Note that your answers may require further feedback and therefore your Legal Department may need to contact you.<br><br>Please provide a **daytime phone number** where you can be contacted if necessary. | In this last part, the compliance statement, you will be asked 14 questions.<br><br>Note that your answers may require further feedback and therefore your Legal Department may need to contact you.<br><br>Please provide a **daytime phone number** where you can be contacted if necessary. | Have you read the Code of Business Conduct and the Code of Dealing? |
| 1=Pay the money, it's a small amount and quite common in this country.<br>2=Hire an agent to pay the money, so he is not directly involved.<br>3=Ask his manager for permission to make the payment.<br>4=Keep requesting release of the shipment, but do not pay. | Phone number: | Phone number: | Phone number: | Phone number: | Phone number: | Phone number: | 1=Yes<br>2=No |
|  |  | 707-580-7216 |  |  |  |  | 1 |

| P95_Q2 | P95_Q3 | P101_Q1 | P101_Q2 | P101_Q3 | P103_Q1 | P103_Q2 | P103_Q3 |
|---|---|---|---|---|---|---|---|
| Do you further certify that you have complied with the Code of Business Conduct and the Code of Dealing, and that you will continue to comply with the Code of Business Conduct and Code of Dealing for as long as you are an employee, officer or director of the company? | Please explain why you are not able to comply. | Have you read the Code of Business Conduct? | Do you further certify that you have complied with the Code of Business Conduct and that you will continue to comply with the Code of Business Conduct for as long as you are an employee, officer or director of the company? | Please explain why you are not able to comply. | Do you further certify that you will not direct any person over whom you have supervisory responsibility to engage in any activities prohibited under the Code of Business Conduct and Code of Dealing? | Please provide an explanation as to why you have answered "No". | Are you aware of any violation? |
| 1=Yes 2=No | | 1=Yes 2=No | 1=Yes 2=No | | 1=Yes 2=No | | 1=Yes 2=No |
| 1 | | | | | | | |

| P104_Q1 | P104_Q2 | P104_Q3 | P105_Q1 | P105_Q2 | P105_Q3 | P106_Q1 | P106_Q2 |
|---|---|---|---|---|---|---|---|
| Do you further certify that you will not direct any person over whom you have supervisory responsibility to engage in any activities prohibited under the Code of Business Conduct and Code of Dealing? | Please provide an explanation as to why you have answered "No". | Are you aware of any violation? | Do you further certify that you will not direct any person over whom you have supervisory responsibility to engage in any activities prohibited under the Code of Business Conduct and Code of Dealing? | Please provide an explanation as to why you have answered "No". | Are you aware of any violation? | Do you further certify that you will not direct any person over whom you have supervisory responsibility to engage in any activities prohibited under the Code of Business Conduct and Code of Dealing? | Please provide an explanation as to why you have answered "No". |
| 1=Yes 2=No | | 1=Yes 2=No | 1=Yes 2=No | | 1=Yes 2=No | 1=Yes 2=No | |
| 1 | | 2 | | | | | |

| P106_Q3 | P107_Q1 | P107_Q2 | P107_Q3 | P108_Q1 | P108_Q2 | P108_Q3 | P109_Q1 |
|---|---|---|---|---|---|---|---|
| Are you aware of any violation? | Do you further certify that you will not direct any person over whom you have supervisory responsibility to engage in any activities prohibited under the Code of Business Conduct? | Please provide an explanation as to why you have answered "No". | Are you aware of any violation? | Do you, or your spouse or your dependent children **have an ownership interest** in an establishment that holds a retail alcohol beverage license? | Do you, or your spouse or your dependent children, have **any direct or indirect investment or interest** in a supplier, customer or competitor of the Company that may appear to present a conflict of interests? You should answer "No" if such investments are through stock ownership in publicly traded companies which may be held for personal investment purposes. | Are you aware of **any Company employee** (or the spouse or dependent child of any employee) who has any direct or indirect investment or interest in a supplier, customer or competitor of the Company that may appear to present a conflict of interests? | Do you, or your spouse or your dependent children **have any direct or indirect investment or interest** in an establishment that holds a retail alcohol beverage license? |
| 1=Yes 2=No | 1=Yes 2=No | | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No |

2

| P109_Q2 | P109_Q3 | P109_Q4 | P110_Q1 | P110_Q2 | P110_Q3 | P110_Q4 | P111_Q1 |
|---|---|---|---|---|---|---|---|
| Are you aware of **any Company employee** (or spouce of any employee) who has any **direct or indirect investment or interest** in an establishment that holds a retail alcohol beverage license? | Do you, or your spouse or your dependent children, have **any direct or indirect investment or interest** in a supplier, customer or competitor of the Company that may appear to present a conflict of interests? | Are you aware of **any Company employee** (or the spouse or dependent child of any employee) who has any direct or indirect investment or interest in a supplier, customer or competitor of the Company that may appear to present a conflict of interests? | Are you, your spouse or any of your dependent children **employed** by a supplier or customer of the Company? | Are you aware of **any Company employee** who is involved in a conflict of interest, i.e., any activity which conflicts or interferes with the performance of his or her job duties? | Have you ever been asked or directed to **falsify** Company documents or financial records? | Have you accepted, or do you know of another Company employee who has accepted, a **gift** from a Company supplier or customer? | Are you, your spouse or any of your dependent children **employed** by a supplier or customer of the Company? |
| 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No |
| 2 | 2 | 2 | | | | | |

| P111_Q2 | P111_Q3 |
|---|---|
| Are you aware of **any Company employee** who is involved in a conflict of interest, i.e., any activity which conflicts or interferes with the performance of his or her job duties? | Have you ever been asked or directed to **falsify** Company documents or financial records? |
| 1=Yes<br>2=No | 1=Yes<br>2=No |
|  |  |

| P111_Q4 | P112_Q1 | P112_Q2 | P112_Q3 | P112_Q4 | P113_Q1 | P113_Q2 | P113_Q3 |
|---|---|---|---|---|---|---|---|
| Have you accepted, or do you know of another Company employee who has accepted, a **gift** (exceeding ¥ 200 in fair market value) from a Company supplier or customer? | Are you, your spouse or any of your dependent children **employed** by a supplier or customer of the Company? | Are you aware of **any Company employee** who is involved in a conflict of interest, i.e., any activity which conflicts or interferes with the performance of his or her job duties? | Have you ever been asked or directed to **falsify** Company documents or financial records? | Have you accepted, or do you know of another Company employee who has accepted, a **gift** (exceeding € 150 in fair market value) from a Company supplier or customer? | Are you, your spouse or any of your dependent children **employed** by a supplier or customer of the Company? | Are you aware of **any Company employee** who is involved in a conflict of interest, i.e., any activity which conflicts or interferes with the performance of his or her job duties? | Have you ever been asked or directed to **falsify** Company documents or financial records? |
| 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No |
| | | | | | 2 | 2 | 2 |

| P113_Q4 | P114_Q1 | P114_Q2 | P114_Q3 | P114_Q4 | P115_Q1 | P115_Q2 | P115_Q3 |
|---|---|---|---|---|---|---|---|
| Have you accepted, or do you know of another Company employee who has accepted, a **gift** (exceeding $50 in fair market value) from a Company supplier or customer? | Are you, your spouse or any of your dependent children **employed** by a supplier or customer of the Company? | Are you aware of **any Company employee** who is involved in a conflict of interest, i.e., any activity which conflicts or interferes with the performance of his or her job duties? | Have you ever been asked or directed to **falsify** Company documents or financial records? | Have you accepted, or do you know of another Company employee who has accepted, a **gift** (exceeding $50 in fair market value) from a Company supplier or customer? | Are you, your spouse or any of your dependent children **employed** by a supplier or customer of the Company? | Are you aware of **any Company employee** who is involved in a conflict of interest, i.e., any activity which conflicts or interferes with the performance of his or her job duties? | Have you ever been asked or directed to **falsify** Company documents or financial records? |
| 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No |
| 2 | | | | | | | |

| P115_Q4 | P116_Q1 | P116_Q2 | P116_Q3 | P116_Q4 | P117_Q1 | P117_Q2 | P117_Q3 |
|---|---|---|---|---|---|---|---|
| Have you accepted, or do you know of another Company employee who has accepted, a **gift** (exceeding CAD $100 in fair market value) from a Company supplier or customer? | Are you, your spouse or any of your dependent children **employed** by a supplier or customer of the Company? | Are you aware of **any Company employee** who is involved in a conflict of interest, i.e., any activity which conflicts or interferes with the performance of his or her job duties? | Have you ever been asked or directed to **falsify** Company documents or financial records? | Have you accepted, or do you know of another Company employee who has accepted, a **gift** (exceeding $10 in fair market value) from a Company supplier or customer? | Are you aware of any improper gifts or payments that have been made to any **government officials** by the Company or any of its employees? | Are you aware of any situation where the Company is not complying with any **environmental, health or safety** laws or **alcohol beverage** laws or regulations? Do not include matters brought to your attention through the regular performance of your job duties and that are currently under review by Company management. | Are you aware of any other situation that you believe may constitute a **violation** of the Code of Business Conduct, any Company policy or any law or regulation? Do not include matters brought to your attention through the regular performance of your job duties and that are currently under review by Company management. |
| 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No |
| | | | | | 2 | 2 | 2 |

| P127_Q1 | P127_Q2 | P128_Q1 | P128_Q2 | P129_Q1 | P129_Q2 |
|---|---|---|---|---|---|
| Ethical Capital Score 1 | Ethical Capital Score 2 | Ethical Capital Score 1 | Ethical Capital Score 2 | Ethical Capital Score 1 | Ethical Capital Score 2 |
|  |  | 100 | 0 |  |  |

| P127_Q1 | P127_Q2 | P128_Q1 | P128_Q2 | P129_Q1 | P129_Q2 |
|---|---|---|---|---|---|
| Ethical Capital Score 1 | Ethical Capital Score 2 | Ethical Capital Score 1 | Ethical Capital Score 2 | Ethical Capital Score 1 | Ethical Capital Score 2 |