# EXHIBIT D

| Ref | Name | Username | E-mail | Group | Start Date | End Date | Total time | Status |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | 0=Incomplete 1=Completed |
| 455815 | James Clark | James.Clark@Anheuser-Busch.com | James.Clark@Anheuser-Busch.com | COC11_AB2309_Batch2 | 10/4/2011 20:12 | 10/4/2011 20:30 | 1027 | 1 |

| Completed Count | Correct | Answered | Total | Language | User 1 | User 2 | User 3 | User 4 | User 5 | User 6 | User 7 | User 8 | User 9 | User 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 0 | 10 | 10 | 10 |  | DIR., PACKAGING SUPPORT | A-B | ZBS PTUM | IV-B | english | COBC |  | 72983 |  |  |

| P2_Q1 | P8_Q1 | P12_Q1 | P13_Q1 | P14_Q1 | P14_Q2 | P15_Q1 | P15_Q2 | P18_Q1 |
|---|---|---|---|---|---|---|---|---|
| **Please select from the list where you work?** | Suppose you find out that one of your best suppliers is actually a company owned by the brother of one of your co-workers.<br><br>Each year, the number of orders increases and although, you will be the last one to criticize the delivered services, you have an ambiguous feeling about the situation: this co-worker's family is earning quite some money each year, thanks to their in-house family connection who places the orders.<br><br>**What can you do?** | Jeff loves our company's beers. After working hours in the brewery, he helps out at the liquor store that his wife owns and operates.<br><br>**Could his participation at this retail outlet be considered a conflict of interest or improper under the law?** | | **My spouse's company wants to participate in a bid organized by our company.** | **One of our distributors invites your spouse to become a shareholder.** | **A supplier offers you a free ski-holiday.** | Mary works in the Finance department of our company. Her family owns a bar in the middle of town. She helps her family in the evenings and weekends. She's also doing the accounting and is paid for her work in the family business.<br><br>**Can Mary have a second job?** | |
| 1=Global Headquarters (GHQ)<br>2=New York office (NYO)<br>3=Anheuser-Busch (NA)<br>4=Labatt (NA)<br>5=AmBev (LAN)<br>6=Quilmes and others (LAS)<br>7=Western Europe (WE)<br>8=Cuba (WE)<br>9=Central and Eastern Europe (CEE)<br>10=China (APAC) | 1=Keep it quiet and continue doing business with the supplier. After all, the supplier provides excellent services.<br><br>2=Escalate the issue with the risk that the co-worker or the supplier will need to be replaced. | 1=Yes<br>2=No | | 1=Inform your spouse that this is forbidden, as there is a risk for appearance of a conflict of Interest.<br>2=Her company can participate, but you need to reveal the situation to someone of authority within our company and remove yourself from the decision taking process. | 1=Refuse, as this would affect your objective working relation with the distributor<br>2=Accept, as your spouse has no direct relation with our company.<br>3=Disclose the facts and seek authorization before accepting the distributor's offer. | 1=Refuse, as it may appear that you put personal arrangements before company interests.<br>2=Accept, as the holiday has only been given after the selection of the supplier was done and has not influenced the decision. | 1=Yes<br>2=No | |
| 3 | 2 | 1 | Anheuser-Busch (NA) | 2 | 3 | 1 | 1 | OEE |

| P18_Q2 | P21_Q1 | P23_Q1 | P24_Q1 | P24_Q2 | P26_Q1 | P26_Q2 | P27_Q1 | P27_Q2 | P28_Q1 | P29_Q1 | P30_Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Suppose our Company paid a bribe to a public official. **How large could the fine be for the company?** | **As an employee, how large a fine could you face individually?** | | | | | | | |
| 2 | | | USD | USD | Euro/USD | Euro/USD | | | | | |
| Materil Price | Anheuser-Busch (NA) | Anheuser-Busch (NA) | 1000000 | 25000 | | | | | | | 50 |

| P31_Q1 | P33_Q1-1 | P33_Q1-2 | P33_Q1-3 | P33_Q1-4 | P34_Q1-1 | P34_Q1-2 | P34_Q1-3 | P34_Q1-4 |
|---|---|---|---|---|---|---|---|---|
| | Indicate what is acceptable to offer or to accept from the list below: | | | | Please indicate from the list below what could be considered as a 'gift'. | | | |
| | Cash<br><br>0=Not selected<br>1=Selected | Business lunch to discuss status of project<br><br>0=Not selected<br>1=Selected | Offer of invitation to a conference where no travel or accommodation is required<br><br>0=Not selected<br>1=Selected | Flowers to show appreciation for the successful conclusion of a project<br><br>0=Not selected<br>1=Selected | Cash<br><br>0=Not selected<br>1=Selected | Business lunch to discuss status of project<br><br>0=Not selected<br>1=Selected | Offer of invitation to a conference where no travel or accommodation is required<br><br>0=Not selected<br>1=Selected | Flowers to show appreciation for the successful conclusion of a project<br><br>0=Not selected<br>1=Selected |
| | 0 | 0 | 1 | 0 | | | | |

| P36_Q1-1 | P36_Q1-2 | P36_Q1-3 | P36_Q1-4 | P40_Q1.1 | P40_Q1.2 | P40_Q1.3 | P41_Q1 | P47_Q1 |
|---|---|---|---|---|---|---|---|---|
| **Which of the following do you think could be considered a bribe?** Please select all that apply. | | | | Is it appropriate to provide sport tickets to the potential customers? | Is it appropriate to provide sport tickets to the mayor? | Is it appropriate to provide sport tickets to your friends? | | **Will our company validate such target achievements?** |
| Arranging and paying travel plans<br><br>0=Not selected<br>1=Selected | Giving investment advice<br><br>0=Not selected<br>1=Selected | Paying for private medical treatment<br><br>0=Not selected<br>1=Selected | Tickets for a sporting event<br><br>0=Not selected<br>1=Selected | 1=**Yes**<br>2=**No**<br>3=**It depends** | 1=**Yes**<br>2=**No**<br>3=**It depends** | 1=**Yes**<br>2=**No**<br>3=**It depends** | | 1=Yes. The sales teams did sell the volumes and did not falsify the figures. It was common to have a fall in sales in January.<br><br>2=No. The December sales figures did not give an accurate view on the actual sales, as the volumes were stocked in warehouses. This is a manipulation of figures. |
| 1 | 1 | 1 | 1 | 3 | 2 | 2 | Anheuser-Busch (NA) | 2 |

| P58_Q1 | P59_Q1 | P60_Q1 | P61_Q1 | P62_Q1 | P63_Q1 | P64_Q1 |
|---|---|---|---|---|---|---|
| **Is it okay to deviate from the Code of Business Conduct and other policies as long as you are acting in good faith and in our Company's best interest?** | Liam's manager is responsible for the site's operating reports and is directing him to make an entry that Liam believes to be inaccurate and misleading. **What should Liam do?** | Suppose you receive a highly confidential fax, that mistakenly has been faxed to you by a competitor. **What should you do?** | To thank you for conducting business with him, a supplier offers you a trip to the Super Bowl. No worries, the supplier will take care of plane tickets and hotel bookings. Unfortunately, the supplier is not able to join. **Can you accept?** | Suppose your company receives a fine for not having paid the city's environmental taxes on time. As it was an unfortunate oversight, you schedule a meeting with the mayor in an attempt to let your company off the hook with a warning. As it happens, the mayor's son will marry soon and a big party will be organized. As a sign of good faith, you propose to provide them with a few extra barrels of beer for free. **Are you in violation of the Code?** | While reviewing financial files, David finds irregularities in several payroll records. He looks further back in the payroll records and finds a pattern of irregularities that started a few months ago. Upon investigating further, David finds that the irregularities involve direct colleagues with whom David has a good working relationship. **What should David do?** | Isabelle left the company 6 months ago and started her own business. One of her friends is a journalist, writing primarily financial business articles. Her friend asked her for an interview, as she'd like to publish an article on the internal strategies of the beer company. Isabelle could be an interesting source. **Can Isabelle agree with the interview?** |
| 1=Yes 2=No | 1=Make the entry as directed by his manager since it is his manager's final responsibility. 2=Explain to the manager that he will not enter inaccurate data and report his concern. 3=Listen to his manager, but then make the entry the way Liam thinks is appropriate. | 1=Secure the information and file a copy of it for future reference. 2=Personally contact the competitor and notify him that you inadvertently received the business plan but that your company did not look at it. 3=Share the information with your manager to see how you can use it to your advantage when competing with this other company. 4=Talk to your legal department to determine how to notify all interested parties of the error to ensure that competition remains fair to all parties. 5=Use the information to rework your company's business plan; after all, your company did nothing wrong, broke no laws, and cannot be responsible for the errors of others. 6=Make a public announcement that your company obtained the information because of the competitor's mistake. | 1=Yes, as there is no contract bidding ongoing 2=No, employees may not accept tickets or invitations to an event that are valued in excess of the allowed financial limit and definitely not when the prospective host will not be present at the event with the employee. | 1=Yes 2=No 3=Maybe | 1=Discuss the situation with other coworkers to see if anyone else has noticed other irregularities. 2=Note the discrepancies and report the situation via the company's reporting channels. 3=Nothing: the implicated persons have seniority and may be handling information not privy to him. | 1=Yes, because the information that Isabelle knows is outdated anyway. 2=No, because her duty of confidentiality remains in place both during and after her employment at our company. |
| 2 | 2 | 4 | 2 | 1 | 2 | 2 |

| P65_Q1 | P66_Q1 | P67_Q1 | P67_Q2 | P71_Q1 | P72_Q1 | P73_Q1 | P74_Q1 | P75_Q1 |
|---|---|---|---|---|---|---|---|---|
| Chris needs to get new equipment installed quickly, but the shipment is delayed at the port.<br>A local official offers to expedite it through customs for 500 USD.<br><br>**What should Chris do?** | Suppose you are invited to join your supplier for a ski weekend after our company placed a large order with them. Your hotel and ski pass are paid for while you pay for the plane ticket and all meals and other expenses.<br><br>**Can you do this?** | Angela wants to give a presentation to a group of wholesalers about a new product roll-out. The product is still in development, but she wants to launch a pre-marketing push.<br><br>For maximum impact, she plans to provide the wholesalers with the presentation on a CD-ROM so they have the information on the new product directly at hand.<br><br>**Is Angela required to seek prior approval for this?** | | In this last part, the compliance statement, you will be asked 14 questions.<br><br>Note that your answers may require further feedback and therefore your Legal Department may need to contact you.<br><br>Please provide a **daytime phone number** where you can be contacted if necessary. | Please provide a daytime phone number where you can be contacted if necessary. | In this last part, the compliance statement, you will be asked 14 questions. Note that your answers may require further feedback and therefore your Legal Department may need to contact you.<br><br>Please provide a **daytime phone number** where you can be contacted if necessary. | In this last part, the compliance statement, you will be asked 14 questions. Note that your answers may require further feedback and therefore your Legal Department may need to contact you.<br><br>Please provide a **daytime phone number** where you can be contacted if necessary. | In this last part, the compliance statement, you will be asked 14 questions. Note that your answers may require further feedback and therefore your Legal Department may need to contact you.<br><br>Please provide a **daytime phone number** where you can be contacted if necessary. |
| 1=Pay the money, it's a small amount and quite common in this country.<br>2=Hire an agent to pay the money, so he is not directly involved.<br>3=Ask his manager for permission to make the payment.<br>4=Keep requesting release of the shipment, but do not pay. | 1=Yes<br>2=No | 1=No, all the information in the presentation is accurate and it will definitely help to sell the new product to the wholesalers.<br>2=Yes, she should consult her legal department and obtain senior manager approval prior to the presentation as its release may compromise the confidentiality of the new product launch. | | Phone number: | Phone number: | Phone number: | Phone number: | Phone number: |
| 4 | 2 | 2 | 0 | | 314-267-9453 | | | |

| P76_Q1 | P77_Q1 | P77_Q2 | P77_Q3 | P83_Q1 | P83_Q2 | P83_Q3 | P85_Q1 |
|---|---|---|---|---|---|---|---|
| In this last part, the compliance statement, you will be asked 14 questions.<br><br>Note that your answers may require further feedback and therefore your Legal Department may need to contact you.<br><br>Please provide a **daytime phone number** where you can be contacted if necessary. | Have you read the Code of Business Conduct and the Code of Dealing? | Do you further certify that you have complied with the Code of Business Conduct and the Code of Dealing, and that you will continue to comply with the Code of Business Conduct and Code of Dealing for as long as you are an employee, officer or director of the company? | Please explain why you are not able to comply. | Have you read the Code of Business Conduct? | Do you further certify that you have complied with the Code of Business Conduct and that you will continue to comply with the Code of Business Conduct for as long as you are an employee, officer or director of the company? | Please explain why you are not able to comply. | Do you further certify that you will not direct any person over whom you have supervisory responsibility to engage in any activities prohibited under the Code of Business Conduct and Code of Dealing? |
| Phone number: | 1=Yes<br>2=No | 1=Yes<br>2=No |  | 1=Yes<br>2=No | 1=Yes<br>2=No |  | 1=Yes<br>2=No |
|  | 1 | 1 |  |  |  |  |  |

| P85_Q2 | P85_Q3 | P86_Q1 | P86_Q2 | P86_Q3 | P87_Q1 | P87_Q2 | P87_Q3 |
|---|---|---|---|---|---|---|---|
| Please provide an explanation as to why you have answered "No". | Are you aware of any violation? | Do you further certify that you will not direct any person over whom you have supervisory responsibility to engage in any activities prohibited under the Code of Business Conduct and Code of Dealing? | Please provide an explanation as to why you have answered "No". | Are you aware of any violation? | Do you further certify that you will not direct any person over whom you have supervisory responsibility to engage in any activities prohibited under the Code of Business Conduct and Code of Dealing? | Please provide an explanation as to why you have answered "No". | Are you aware of any violation? |
| | 1=Yes 2=No | 1=Yes 2=No | | 1=Yes 2=No | 1=Yes 2=No | | 1=Yes 2=No |
| | | 1 | | 2 | | | |

| P88_Q1 | P88_Q2 | P88_Q3 | P89_Q1 | P89_Q2 | P89_Q3 | P90_Q1 | P90_Q2 |
|---|---|---|---|---|---|---|---|
| Do you further certify that you will not direct any person over whom you have supervisory responsibility to engage in any activities prohibited under the Code of Business Conduct and Code of Dealing? | Please provide an explanation as to why you have answered "No". | Are you aware of any violation? | Do you further certify that you will not direct any person over whom you have supervisory responsibility to engage in any activities prohibited under the Code of Business Conduct ? | Please provide an explanation as to why you have answered "No". | Are you aware of any violation? | Do you, or your spouse or your dependent children **have an ownership interest** in an establishment that holds a retail alcohol beverage license? | Do you, or your spouse or your dependent children, have **any direct or indirect investment or interest** in a supplier, customer or competitor of the Company that may appear to present a conflict of interests?<br><br>You should answer "No" if such investments are through stock ownership in publicly traded companies which may be held for personal investment purposes. |
| 1=Yes<br>2=No | | 1=Yes<br>2=No | 1=Yes<br>2=No | | 1=Yes<br>2=No | 1=Yes<br>2=No | 1=Yes<br>2=No |

| P90_Q3 | P91_Q1 | P91_Q2 | P91_Q3 | P91_Q4 | P92_Q1 | P92_Q2 | P92_Q3 |
|---|---|---|---|---|---|---|---|
| Are you aware of **any Company employee** (or the spouse or dependent child of any employee) who has any direct or indirect investment or interest in a supplier, customer or competitor of the Company that may appear to present a conflict of interests? | Do you, or your spouse or your dependent children **have any direct or indirect investment or interest** in an establishment that holds a retail alcohol beverage license? | Are you aware of **any Company employee** (or spouse of any employee) who has any **direct or indirect investment or interest** in an establishment that holds a retail alcohol beverage license? | Do you, or your spouse or your dependent children, have **any direct or indirect investment or interest** in a supplier, customer or competitor of the Company that may appear to present a conflict of interests? | Are you aware of **any Company employee** (or the spouse or dependent child of any employee) who has any direct or indirect investment or interest in a supplier, customer or competitor of the Company that may appear to present a conflict of interests? | Are you, your spouse or any of your dependent children **employed** by a supplier or customer of the Company? | Are you aware of **any Company employee** who is involved in a conflict of interest, i.e., any activity which conflicts or interferes with the performance of his or her job duties? | Have you ever been asked or directed to **falsify** Company documents or financial records? |
| 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No |
| | 2 | 2 | 2 | 2 | | | |

| P92_Q4 | P93_Q1 | P93_Q2 | P93_Q3 | P93_Q4 | P94_Q1 | P94_Q2 | P94_Q3 |
|---|---|---|---|---|---|---|---|
| Have you accepted, or do you know of another Company employee who has accepted, a **gift** from a Company supplier or customer? | Are you, your spouse or any of your dependent children **employed** by a supplier or customer of the Company? | Are you aware of **any Company employee** who is involved in a conflict of interest, i.e., any activity which conflicts or interferes with the performance of his or her job duties? | Have you ever been asked or directed to **falsify** Company documents or financial records? | Have you accepted, or do you know of another Company employee who has accepted, a **gift** (exceeding ¥ 200 in fair market value) from a Company supplier or customer? | Are you, your spouse or any of your dependent children **employed** by a supplier or customer of the Company? | Are you aware of **any Company employee** who is involved in a conflict of interest, i.e., any activity which conflicts or interferes with the performance of his or her job duties? | Have you ever been asked or directed to **falsify** Company documents or financial records? |
| 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No |

| P94_Q4 | P95_Q1 | P95_Q2 | P95_Q3 | P95_Q4 | P96_Q1 | P96_Q2 | P96_Q3 |
|---|---|---|---|---|---|---|---|
| Have you accepted, or do you know of another Company employee who has accepted, a **gift** (exceeding €150 / $200 in fair market value) from a Company supplier or customer? | Are you, your spouse or any of your dependent children **employed** by a supplier or customer of the Company? | Are you aware of **any Company employee** who is involved in a conflict of interest, i.e., any activity which conflicts or interferes with the performance of his or her job duties? | Have you ever been asked or directed to **falsify** Company documents or financial records? | Have you accepted, or do you know of another Company employee who has accepted, a **gift** (exceeding $50 in fair market value) from a Company supplier or customer? | Are you, your spouse or any of your dependent children **employed** by a supplier or customer of the Company? | Are you aware of **any Company employee** who is involved in a conflict of interest, i.e., any activity which conflicts or interferes with the performance of his or her job duties? | Have you ever been asked or directed to **falsify** Company documents or financial records? |
| 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No |
|  | 2 | 2 | 2 | 2 |  |  |  |

| P96_Q4 | P97_Q1 | P97_Q2 | P97_Q3 | P97_Q4 | P98_Q1 | P98_Q2 | P98_Q3 |
|---|---|---|---|---|---|---|---|
| Have you accepted, or do you know of another Company employee who has accepted, a **gift** (exceeding $50 in fair market value) from a Company supplier or customer? | Are you, your spouse or any of your dependent children **employed** by a supplier or customer of the Company? | Are you aware of **any Company employee** who is involved in a conflict of interest, i.e., any activity which conflicts or interferes with the performance of his or her job duties? | Have you ever been asked or directed to **falsify** Company documents or financial records? | Have you accepted, or do you know of another Company employee who has accepted, a **gift** (exceeding CAD $100 in fair market value) from a Company supplier or customer? | Are you, your spouse or any of your dependent children **employed** by a supplier or customer of the Company? | Are you aware of **any Company employee** who is involved in a conflict of interest, i.e., any activity which conflicts or interferes with the performance of his or her job duties? | Have you ever been asked or directed to **falsify** Company documents or financial records? |
| 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No |

| P98_Q4 | P99_Q1 | P99_Q2 | P99_Q3 | P109_Q1 |
|---|---|---|---|---|
| Have you accepted, or do you know of another Company employee who has accepted, a **gift** (exceeding $10 in fair market value) from a Company supplier or customer? | Are you aware of any improper gifts or payments that have been made to any **government officials** by the Company or any of its employees? | Are you aware of any situation where the Company is not complying with any **environmental, health or safety** laws or **alcohol beverage** laws or regulations? Do not include matters brought to your attention through the regular performance of your job duties and that are currently under review by Company management. | Are you aware of any other situation that you believe may constitute a **violation** of the Code of Business Conduct, any Company policy or any law or regulation? Do not include matters brought to your attention through the regular performance of your job duties and that are currently under review by Company management. | |
| 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | 1=Yes 2=No | |
| | 2 | 2 | 2 | |