KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
MARCUS S. TOPEL (SBN 54702)
Email: mtopel@kasowitz.com
DANIEL F. COOK (SBN 70484)
Email: dcook@kasowitz.com
BRIAN N. BROSNAHAN (SBN 112894)
Email: brosnahan@kasowitz.com
JACOB N. FOSTER (SBN 250785)
Email:  jfoster@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:     (415) 421-6140
Facsimile:      (415) 398-5030

Counsel for Defendant
ANHEUSER-BUSCH COMPANIES, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANHEUSER-BUSCH COMPANIES, LLC, a Delaware limited liability company, and ANHEUSER-BUSCH, LLC, a Missouri limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES ALAN CLARK, an individual,<br><br>Defendant. | Case No. 2:13-cv-00415-GEB-CKD<br><br>**DECLARATION OF DAVID SCROGGS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFFS' STRATEGIC LAWSUIT AGAINST PUBLIC PARTICIPATION**<br><br>Case Filed: March 1, 2013<br><br>Date: May 6, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

# DECLARATION OF DAVID SCROGGS

David Scroggs, first being duly sworn, hereby deposes and states:

1. My name is David Scroggs. I am over the age of 18, am competent to make this Declaration, and have personal knowledge of the matters set forth below.

2. I have been an employee of Anheuser-Busch, LLC (hereinafter "Anheuser-Busch") since 1987. I currently serve as the Manager of the Plant Floor Applications and Databases team, which is a part of Zone Brewery Support within the Supply Division. I have been in this position since December 2009. I, along with my team, maintain the beer specifications application, which includes a document known as "Page 13."

3. I reviewed a hard copy of Page 13, which bore a time-stamp in the upper right-hand corner of "Date: 11/21/2012 Time: 10:26:10 AM." I reviewed the following sources in an attempt to determine who printed this hard copy: (1) beer specification application server activity logs; (2) print server activity logs from Anheuser-Busch's Brewery in Fairfield, California (hereinafter the "Fairfield Brewery"); (3) IT Support Tool showing PC assignments at the Fairfield Brewery; (4) PC assigned to Michael Azevedo, a current employee at the Fairfield Brewery; and, (5) Active Directory user detail. Screenshots relative to my investigation are attached hereto as Exhibit A.

4. Based on my review of the above sources, I confirmed that User FMA0988 printed the aforementioned hard copy of Page 13 from a PC (FABQAOFWKS105), to a printer (FABQA1MFP), located in the Quality Assurance department at the Fairfield Brewery. *See* Exhibit A, at p. 1-4. User ID FMA0988 was assigned to Michael Azevedo, who at that time worked in the Quality Assurance department at the Fairfield Brewery. *See* Exhibit A, at p. 5. PC FABQAOFWKS105 was assigned to Michael Azevedo. *See* Exhibit A, at p. 6.

5. I investigated the activities of James Clark, a former Anheuser-Busch employee at the Fairfield Brewery, in or about May 2012. Specifically, I reviewed the following sources: (1)

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 California Street, Suite 2300
San Francisco, California 94111

8140021v1
4/22/2013

1

Declaration of David Scroggs                          Case No. 2:13-cv-00415-GEB-CKD

beer specification application server activity logs; (2) print server activity logs from the Fairfield Brewery; (3) Anheuser-Busch internet firewall activity logs; (4) PC (FABOOFCWKS230) assigned to James Clark; (5) IT Support Tool showing PC assignments at the Fairfield Brewery; and, (6) Lenel Security System. Screenshots relative to my investigation are attached hereto as Exhibit B.

6. Based on my review of the above sources, I confirmed that User FJC5506 engaged in the following activity on PC FABOOFCWKS230 from 12:37 – 12:55 p.m. PDT on May 1, 2012: (1) printed Page 13 twice to an office area printer (FABOOFCMFP) at the Fairfield Brewery; (2) saved a copy of Page 13 to a personal storage device (such as a thumb drive); (3) accessed an external website, www.topclassactions.com, and downloaded a copy of a lawsuit filed against The Cheesecake Factory; (4) printed a copy of the "Cheesecake" lawsuit to the same office area printer (FABOOFCMFP) at the Fairfield Brewery; and, (5) saved a copy of the "Cheesecake" lawsuit to the same personal storage device. *See* Exhibit B, at p. 1-10, 13-15. User ID FJC5506 and PC FABOOFCWKS230 were assigned to James Clark. *See* Exhibit B, at p. 11-12. A copy of the "Cheesecake" lawsuit is attached hereto as Exhibit C.

7. I also confirmed that User ID FJC5506 accessed www.millslawfirm.com from PC FABOOFCWKS230 on May 30, 2012. *See* Exhibit B, at p. 16. Within this website, User ID FJC5506 visited the "attorneys" (entitled "Firm Leadership" on the website) page once, and the "contact" (entitled "Contact Us" on the website) page twice. *See* Exhibit B, at p. 17-19. As stated above, User ID FJC5506 and PC FABOOFCWKS230 were assigned to James Clark. *See* Exhibit B, at p. 11-12.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge

2

Declaration of David Scroggs                    Case No. 2:13-cv-00415-GEB-CKD

1  FURTHER AFFIANT SAYETH NAUGHT

2  _____
3  David Scroggs

4  Subscribed and sworn to before me this 22nd day of April, 2013.

5
6  _____
   Notary Public

JENNIFER N. TOMASIAK
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Charles County
My Commission Expires: October 02, 2015
Commission Number: 11419052

7  My Commission Expires: 10/2/2015

8140021v1
4/22/2013

3
Declaration of David Scroggs                Case No. 2:13-cv-00415-GEB-CKD