KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
MARCUS S. TOPEL (SBN 54702)
Email: mtopel@kasowitz.com
DANIEL F. COOK (SBN 70484)
Email: dcook@kasowitz.com
BRIAN N. BROSNAHAN (SBN 112894)
Email: brosnahan@kasowitz.com
JACOB N. FOSTER (SBN 250785)
Email:  jfoster@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:     (415) 421-6140
Facsimile:      (415) 398-5030

Counsel for Defendant
ANHEUSER-BUSCH COMPANIES, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANHEUSER-BUSCH COMPANIES, LLC, a Delaware limited liability company, and ANHEUSER-BUSCH, LLC, a Missouri limited liability company,<br><br>            Plaintiffs,<br><br>   v.<br><br>JAMES ALAN CLARK, an individual,<br><br>            Defendant. | Case No. 2:13-cv-00415-GEB-CKD<br><br>**DECLARATION OF MICHAEL AZEVEDO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFFS' STRATEGIC LAWSUIT AGAINST PUBLIC PARTICIPATION**<br><br>Case Filed: March 1, 2013<br><br>Date: May 6, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

## DECLARATION OF MICHAEL AZEVEDA

1. I am an employee of Anheuser-Busch in Fairfield, California. My current job position is Brewery Process Manager 2. I have personal knowledge of the matters stated below, and, if called upon as a witness, I could and would testify competently thereto.

2. On November 21, 2012, I spoke by telephone with Jim Clark ("Clark") while I was at work. During our telephonic conversation, Clark requested that I send him an internal and confidential Anheuser-Busch document entitled "Anheuser-Busch Inc. Domestic WORT and BEER SPECIFICATIONS" (referred to herein as "Page Thirteen"). In response to Clark's request, I accessed the Page Thirteen document from my work computer and printed a copy of the Page Thirteen document. After printing the Page Thirteen document, I mailed the hard copy of the Page Thirteen document to Clark at an address provided to me by Clark during our phone call. *I mailed the documents to the best of my recollection on Sat or Sun a Monday the 24th, 25th, or 26th.*

3. I never requested permission from my supervisor or any other employee at Anheuser-Busch to send the Page Thirteen to Clark. I never provided notice to my supervisor or any other employee of Anheuser-Busch that I sent the Page Thirteen to Clark. I received no authorization from any supervisor or any other employee of Anheuser-Busch prior to sending the Page Thirteen to Clark.

4. I have never filed a complaint with my supervisor or anyone employed by Anheuser-Busch. I have never filed a complaint with a public agency, whether regulatory or law enforcement, regarding any matter pertaining to Anheuser-Busch.

5. I signed an Employee Agreement as to Intellectual Property and Confidentiality on March 5, 1993 (the "Confidentiality Agreement"). I understanding that sending the Page Thirteen to Clark involved sending confidential information to a person not employed by the company.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in Fairfield, California on February 27, 2013.

_____
Michael Azeveda

Witnessed by:

_____ 2/27/13
_____ 2/27/13