LAW OFFICE OF ROBERT A. CARICHOFF
Robert A. Carichoff (SBN 211066)
1024 Iron Point Road
Folsom, California 95630
Telephone:   (916) 357-6622
Facsimile:   (916) 673-9426

Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANHEUSER-BUSCH COMPANIES, LLC, a Delaware limited liability company, and ANHEUSER-BUSCH, LLC, a Missouri limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES ALAN CLARK,<br><br>Defendant. | Case No.: 2:13-CV-00415-GEB-CKD<br><br>**DEFENDANT'S OBJECTIONS TO PLAINTIFFS' EVIDENCE IN OPPOSITION TO SPECIAL MOTION TO STRIKE PLAINTIFFS' STRATEGIC LITIGATION AGAINST PUBLIC PARTICIPATION [CCP 425.16]**<br><br>Date: May 6, 2013<br>Time: 9:00 a.m.<br>Courtroom: 10<br>Judge: Hon. Garland E. Burrell, Jr.<br>Trial: Not set<br><br>**Jury Trial Demanded** |

Defendant JAMES ALAN CLARK ("Mr. Clark") hereby objects to the following evidence presented by Plaintiffs ANHEUSER-BUSCH COMPANIES, LLC and ANHEUSER-BUSCH, LLC ("AB") in connection with their opposition to Mr. Clark's Special Motion to Strike its action against him as strategic litigation against public participation:

(1) April 22, 2013 Declaration of Kristi Skinner ¶ 3, lines 13-15 reading: "Page 13 is a proprietary document used by the Brewing department of Anheuser-Busch's Supply division." This evidence is objected to on the ground that it is not proper opinion testimony by a lay witness. Fed. R. Evid. 701. The evidence is also objected to on the grounds that it is inadmissible expert witness testimony. Fed. R. Evid. 702.

1    (2) April 22, 2013 Declaration of Kristi Skinner ¶ 3, lines 14-17 reading: "It contains a wide range of confidential information related to Anheuser-Busch's brewing processes, including but not limited to, information regarding a variety of analytical characteristics for each of Anheuser-Busch's products." The evidence is objected to on the grounds of hearsay. Fed. R. Evid. 802. This evidence is also objected to on the ground that it is not proper opinion testimony by a lay witness. Fed. R. Evid. 701. Finally, the evidence is objected to on the grounds that it is inadmissible expert witness testimony. Fed. R. Evid. 702.

(3) April 22, 2013 Declaration of Kristi Skinner ¶ 3, lines 18-21 reading: "This document is absolutely critical to Anheuser-Busch's brewing operations, and the information it contains would be extremely valuable to its competitors." The evidence is objected to on the grounds of hearsay. Fed. R. Evid. 802. This evidence is also objected to on the ground that it is not proper opinion testimony by a lay witness. Fed. R. Evid. 701. The evidence is objected to on the grounds that it is inadmissible expert witness testimony. Fed. R. Evid. 702.

(4) April 22, 2013 Declaration of Kristi Skinner ¶ 3, lines 20-23: "Anheuser-Busch considers this document, as well as the detailed brewing recipe specifications it contains, to be highly confidential, proprietary, trade secret information." The evidence is objected to on the grounds of hearsay. Fed. R. Evid. 802. This evidence is also objected to on the ground that it is not proper opinion testimony by a lay witness. Fed. R. Evid. 701. The evidence is further objected to on the grounds that it is inadmissible expert witness testimony. Fed. R. Evid. 702.

Mr. Clark respectfully requests the Court sustain the above objections and strike the evidence referred to herein.

///
///
///
///

1  Dated:  April 29, 2013

2

3                                 LAW OFFICE OF ROBERT A. CARICHOFF

4

5                          By:  /s/ Robert A. Carichoff
                                 ROBERT A. CARICHOFF
                                 Attorney for Defendant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Special Motion to Strike SLAPP Suit
Objections to Plaintiffs' Evidence**