LAW OFFICE OF ROBERT A. CARICHOFF
Robert A. Carichoff (SBN 211066)
1024 Iron Point Road
Folsom, California 95630
Telephone:    (916) 357-6622
Facsimile:    (916) 673-9426

Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANHEUSER-BUSCH COMPANIES, LLC, a Delaware limited liability company, and ANHEUSER-BUSCH, LLC, a Missouri limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES ALAN CLARK,<br><br>Defendant. | Case No.: 2:13-CV-00415-GEB-CKD<br><br>**SUPPLEMENTAL DECLARATION OF ROBERT A. CARICHOFF IN SUPPORT OF DEFENDANT JAMES A. CLARK'S SPECIAL MOTION TO STRIKE PLAINTIFFS' STRATEGIC LITIGATION AGAINST PUBLIC PARTICIPATION [CCP 425.16]**<br><br>Date: May 6, 2013<br>Time: 9:00 a.m.<br>Courtroom: 10<br>Judge: Hon. Garland E. Burrell, Jr.<br>Trial: Not set<br><br>**Jury Trial Demanded** |

### SUPPLEMENTAL DECLARATION OF ROBERT A. CARICHOFF

I, ROBERT A. CARICHOFF, declare:

1. I am the attorney of record for the Defendant JAMES ALAN CLARK in this matter. I make this supplemental declaration in support of this Motion. The below facts are within my personal knowledge and I am competent to testify to their truth if called as a witness.

2. Attached hereto as Exhibit G is a true and correct copy of a "News Release" I printed from Plaintiffs ANHEUSER-BUSCH COMPANIES, LLC's and ANHEUSER-BUSCH, LLC's website on April 1, 2013 at 6:42 p.m.

//

///

///

1    I declare under penalty of perjury under the laws of the State of California that the
2    foregoing is true and correct.

4    Dated:  April 29, 2013

    By:   /s/ Robert A. Carichoff
          ROBERT A. CARICHOFF