**Exhibit G**



ANHEUSER BUSCH

INVESTORS | PRESS | CONTACT US | 🔍

Our Company   Our Responsibility   Our Beers   Our Heritage

Relations

Investors

Press Room

News
Release

Great people
make a company great.

Contact Us

Home » Relations » Press Room » News Releases » Anheuser-Busch Statement on Lawsuit

## News Releases

Subscribe to RSS

Keyword Search

[                    ] GO
*Advanced Search*

▶ Share

### Anheuser-Busch Statement on Lawsuit

*April 1, 2013*

**For attribution to:**
**Peter Kraemer**
**Vice President of Brewing and Supply**
**Anheuser-Busch**

Jim Clark is a former employee, now a California lawyer, who is working with the lawyers who brought several class-action lawsuits against Anheuser-Busch. We believe Clark improperly used and misrepresented our confidential information to instigate these lawsuits, all for his personal gain. We will take all legal means to stop him.

Our company has a formal process for employees to make complaints confidentially through a third-party, yet none was ever filed on this matter. We believe this was an orchestrated effort by Clark to misrepresent our processes and smear our company and brands, yet knowing fully that the company complies with all alcohol labeling laws and adheres to the highest standards in brewing.

We don't disclose our recipes, intellectual property or other key competitive information, which are vital to our operation and competitiveness. Our employees understand this and sign agreements to protect information like this, which is standard in most companies.

We would never compromise the quality or the taste of any of our beers for any reason. Producing the highest-quality beer is the basis for everything we do.

The class-action lawsuits are groundless and the claims against Anheuser-Busch are completely false.