**Exhibit H**



Tower Legal Group
8880 Cal Center Drive Suite 400
Sacramento, CA 95826

Attn: Sim Clark