DEL RIO & CARICHOFF, P.C.
Robert A. Carichoff (SBN 211066)
2335 American River Drive, Suite 304
Sacramento, California 95825
Telephone:    (916) 378-4705
Facsimile:    (916) 378-4706

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANHEUSER-BUSCH COMPANIES, LLC, a Delaware limited liability company, and ANHEUSER-BUSCH, LLC, a Missouri limited liability company,<br><br>        Plaintiffs,<br><br>    v.<br><br>JAMES ALAN CLARK,<br><br>        Defendant. | Case No.: 2:13-CV-00415-GEB-CKD<br><br>**JOINT STATUS REPORT**<br><br>**Jury Trial Requested** |

   Defendant JAMES ALAN CLARK's appeal is still pending. Briefing has been completed but oral argument has not been scheduled. The parties request that this Court reset the case for a status conference some time around December 2015.

Dated: June 8, 2015

                              DEL RIO & CARICHOFF, P.C.


                              By:  /s/ Robert A. Carichoff
                                   ROBERT A. CARICHOFF
                                   Attorneys for Defendant