KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
MARCUS S. TOPEL, ESQ. (SBN 54702)
Email: mtopel@kasowitz.com
DANIEL F. COOK, ESQ. (SBN 70484)
Email: dcook@kasowitz.com
JACOB N. FOSTER, ESQ. (SBN 250785)
Email: jfoster@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:    (415) 421-6140
Facsimile:    (415) 398-5030

Attorneys for Defendants
ANHEUSER-BUSCH COMPANIES, LLC, and
ANHEUSER-BUSCH, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANHEUSER-BUSCH COMPANIES, LLC, a Delaware limited liability company, and ANHEUSER-BUSCH, LLC, a Missouri limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES ALAN CLARK, an individual,<br><br>Defendant. | Case No: CV-13-00415-GEB-CKD<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>**Date:** December 7, 2015<br>**Time:** 9:00 A.M.<br>**Judge:** Garland E. Burrell, Jr. |

On Friday, November 13, 2015, the Ninth Circuit issued its unpublished Memorandum Decision on Defendant James Clark's ("Clark") appeal of this Court's denial of his anti-SLAPP motion. The Ninth Circuit held that the Anheuser-Busch ("AB") appellees' claims arose from Clark's protected activity, vacating and remanding the case for consideration of the second prong of anti-SLAPP motion analysis – whether AB has made a *prima facie* showing of the probability it will prevail on its claims.

AB will be filing a timely petition for rehearing and rehearing *en banc* on or before November 27, 2015. The petition will seek rehearing on the issue of whether AB's claims arose

from Clark's protected activity.  Thus, any mandate on the appeal will not be issued by the Ninth Circuit until after the petition for rehearing is decided.  F.R.A.P, Rule 41(b) & (d)(1).

In light of this, the parties request that this Court reset the case for a status conference - presently set for December 7, 2015 - for at date in February or March of 2016.

DATED:  November 23, 2015

                    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By:    /s/ Marcus S. Topel
         Marcus S. Topel

Counsel for Plaintiffs
ANHEUSER-BUSCH COMPANIES, LLC and
ANHEUSER-BUSCH, LLC

DATED:  November 23, 2015

LAW OFFICES OF ROBERT A. CARICHOFF

By:    /s/ Robert A. Carichoff
         Robert Carichoff

Counsel for Defendant
JAMES ALAN CLARK