KASOWITZ BENSON TORRES LLP
MARCUS S. TOPEL (SBN 54702)
Email:  mtopel@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:   (415) 421-6140
Facsimile:    (415) 398-5030

Attorneys for Plaintiffs
ANHEUSER-BUSCH COMPANIES, LLC and
ANHEUSER-BUSCH, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANHEUSER-BUSCH COMPANIES, LLC, a Delaware limited liability company, and ANHEUSER-BUSCH, LLC, a Missouri limited liability company,<br><br>           Plaintiffs,<br><br>v.<br><br>JAMES ALAN CLARK, an individual,,<br><br>           Defendant. | Case No. 2:13-CV-00415-TLN-CKD<br><br>**JOINT STATUS REPORT**<br><br>**Date Due:**  On Or Before April 24, 2017<br><br>**Judge:**  Hon. Troy L. Nunley |

Pursuant to the Court's March 23, 2017 Order (ECF No. 61), the parties hereby submit this joint status report.  Defendant appealed to the United States Court of Appeals for the Ninth Circuit for relief from that Order (ECF 62).  The parties jointly submit that they are not ready to proceed to trial during the pendency of the appeal, Court of Appeals Docket No. 17-15591.

1 | Dated: April 20, 2017 | KASOWITZ BENSON TORRES LLP

By: */s/ Marcus S. Topel*
   Marcus S. Topel
   Counsel for Plaintiffs
   ANHEUSER-BUSCH COMPANIES, LLC and
   ANHEUSER-BUSCH, LLC

Dated: April 20, 2017 | DEL RIO & CARICHOFF, P.C.

By: */s/ Robert A. Carichoff* (authorized on April 20, 2017)
   Robert A. Carichoff
   Counsel for Defendant
   JAMES ALAN CLARK